FILED
CLERK, U.S. DISTRICT COURT

JAN 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD P. ARTIAGA, | CASE NO. CV 06-03880 R (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GUILLERMINA HALL, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Jan. 7, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE